# UNITED STATES DISTRICT COURT
## District of Minnesota

Jesse Wolch

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s),

v.

Case Number: 21-cv-1203 WMW/LIB

Xtratyme Technologies Inc., Kyle Ackerman,

Defendant(s).

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the above matter is DISMISSED WITHOUT PREJUDICE and without costs or

disbursements awarded to any party.

Date: 11/22/2021                                                                    KATE M. FOGARTY, CLERK